IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**ALBERT A. KLUTNICK,**
**BARBARA J. KLUTNICK,**
**Plaintiffs,**

v.

**JAMES J. KLUTNICK, LARRY LESSEN,**
**RICHARD MILLS, Bankruptcy Judge,**
**MARY GORMAN, Bankruptcy Judge,**
**JEANNE SCOTT, District Court Judge,**
**MICHAEL MCCUSKEY, Chief Judge,**
**Defendants.**                                                         No. 10 - CV - 03164

## ORDER

**HERNDON, District Judge:**

This case has been referred to the U.S. District Court for the Southern District of Illinois for reassignment upon an Order of Recusal by the Honorable Michael M. Mihm (Doc. 11). Accordingly, the Court hereby **ASSIGNS** the case to the undersigned for all further proceedings.

**IT IS SO ORDERED.**

Signed this 16th day of February, 2011.

/s/ David R Herndon
**District Judge**
**United States District Court**